

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00361-CR

Stephen **BAUTISTA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-03-048-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If the appellant desires to request the appellate record, he must file the motion requesting the record within ten days from the date of this order. If the appellant desires to file a pro se brief, he must do so within thirty days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court